IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:09cr14 DCB-JCS

RON D. QUINN

## PRELIMINARY ORDER OF FORFEITURE

On January 12, 2010, the defendant **RON D. QUINN** pled guilty to Count Two of the Indictment filed in the above styled cause.

IT IS HEREBY ORDERED THAT:

1. As a result of defendant **RON D. QUINN's** plea agreement on Count Two of the Indictment for which the Government sought forfeiture pursuant to 18 U.S.C. § 982(a)(7), the defendant, **RON D. QUINN** shall forfeit to the United States all property that was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

2. Based on the defendant's plea agreement with the government, the Court finds that the following property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(c), Title 28, United States Code, Section 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure, and that the defendant has an interest in such property and that the Government has established the requisite nexus between such property and such offense. Therefore the Court finds that **RON D. QUINN** shall be ordered to pay **$5,240.53 as a personal money judgment**.

3. No notice is required to the extent that this Order consists solely of a money judgment against the defendant.

4.      Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing [or before sentencing if the defendant consents] and shall be made part of the sentence and included in the judgment.

5.      If this preliminary order becomes the Final Order of Forfeiture, it shall be enrolled in all appropriate Judgment Rolls.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED AND ADJUDGED this   12th   day of    April    , 2010.


                                                    s/ David Bramlette
                                                    UNITED STATES DISTRICT JUDGE