IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO.  5:09cr14 DCB-LRA

RON D. QUINN
REBECCA ANN JAMES

ORDER OF DISMISSAL
COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby

dismisses Count 2 of the Criminal Indictment against the defendants, RON D. QUINN and

REBECCA ANN JAMES without prejudice.


DONALD R. BURKHALTER
United States Attorney


By:    s/Carla J. Clark
CARLA J. CLARK
Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

ORDERED this    22nd    day of    April   , 2010.


    s/ David Bramlette
UNITED STATES DISTRICT JUDGE