IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:09cr14 DCB-LRA

RON D. QUINN
REBECCA ANN JAMES

## ORDER OF DISMISSAL
## COUNT 1

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 1 of the Criminal Indictment against the defendants, RON D. QUINN and REBECCA ANN JAMES without prejudice.

DONALD R. BURKHALTER
United States Attorney

By: s/ Carla J. Clark
CARLA J. CLARK
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 1.

ORDERED this   22nd   day of   April  , 2010.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE